JAN 23 2004 14:55 FR SOLUTIONS SER CENTER    9199418198 TO 95154045233351    P.02/03
OCT-21-2003  3:31PM    TC    SO AUTOMOTIVE

TO:     Richard Pence
FROM:   Rod Little   *Rod Little*
DATE:   October 21, 2003

This is to advise you of our discussion today:

- You are being placed on a medical leave of absence immediately.

- A referral has been made for you with the Employee Assistance Program. You are to contact Amber at the EAP at 1-800-315-4649, extension 6138, before 1:00 p.m. on October 22, 2003. If she is unavailable, leave a message with your name and telephone number at which she may return your call.

- You are not to return to Tenneco Automotive at any time until the company has contacted you.

- Should you have any questions you may contact me directly at 540-432-3562.

Received by: _____

**EXHIBIT 1**

OCT 21 2003 15:54                                             540 432 3563         PAGE.03