## 10.1 BENEFIT QUESTIONS

A complete listing of employee benefits is included in a separate printed booklet or pamphlet. Questions regarding any of your benefits should be directed to the Tenneco Benefits Center, telephone number 1-800-444-5578 or to your local Human Resources Department.

## 10.2 EMPLOYEE ASSISTANCE PROGRAM (EAP)

At Walker-Virginia, we are aware that employees may experience problems at home or on the job that may affect their performance and their health. For this reason, the Company has an Employee Assistance Program (EAP) in place.

The EAP is a vital part of our concern for the well-being of each Walker-Virginia employee. By providing a means of assisting troubled employees and their families, we hope to improve an employee's quality of life both on and off the job.

The EAP operates in an atmosphere of privacy and confidentiality. The Company makes every effort to ensure compliance with this requirement by everyone concerned.

The EAP is designed to help employees with counseling for problems such as:
- Unresolved stress, tension, anxiety, and depression.
- Conflicts and problems with spouse, children, supervisors or fellow employees.
- Separation, divorce, or death of a loved one.
- Alcohol and drug problems.
- Personal problems.
- Trouble sleeping.
- Career changes or stagnation.
- Financial worries.

To contact the EAP counseling services, all you have to do is call 1-800-888-CARE, or contact the Human Resources Department. Knowledgeable and caring staff will guide callers toward the help they need. This service is in place for anyone working at Walker-Virginia and is also available to his/her dependents. All contacts are handled with complete confidentiality and only the individual and the counseling service are involved. If you wish, you may also contact the Human Resources Department for information about the EAP.



EXHIBIT 3