

# AUGUSTA PSYCHOLOGICAL ASSOCIATES

1228 N. Augusta Street
Staunton, VA 24401
540-886-5060

436 S. Linden Ave., Suite C
Waynesboro, VA 22980
540-949-4202

November 3, 2003

To Whom It May Concern:

Re: Richard Pence

Mr. Pence was referred for evaluation secondary to tension on the work site. Through three sessions Mr. Pence has denied any symptomatology consistent with an emotional or mental condition. As I have been asked to verify and explicate a condition which precipitated his being placed on leave this is problematic without any symptoms in this regard.

As Mr. Pence is a mandatory employer referral he has sufficient motivation to present with positive impression management. As such his reports are expected to be (at least to some degree) sympathetic to his perspective, not management's. Thus I am unable to provide an opinion one way or another.

Through out the sessions Mr. Pence has presented as oriented times three and non-psychotic. He has been cooperative and responsive. However, underlying mental problems could exist within this positive presentation and there would be no way, other than his self report, to assess these problems.

Sincerely,

Alan D. Evans
Licensed Clinical Psychologist

ade



EXHIBIT 4