CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
APR 2 6 2005
JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | | |
|---|---|---|
| RICHARD B. PENCE, | ) | |
| Plaintiff, | ) | Case No. 5:04cv00075 |
| | ) | |
| | ) | **FINAL ORDER** |
| v. | ) | |
| | ) | BY: Samuel G. Wilson |
| | ) | United States District Judge |
| TENNECO AUTOMOTIVE | ) | |
| OPERATING COMPANY, INC., | ) | |
| Defendant. | ) | |

In accordance with the Memorandum Opinion entered on this day, it is **ORDERED** and **ADJUDGED** that Defendant's motion for summary judgment is **GRANTED**. It is further **ORDERED** and **ADJUDGED** that Plaintiff's motion for summary judgment is **DENIED**. This action shall be **STRICKEN** from the active docket of this court.

**ENTER**: This 26th day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE